IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| PAUL S. GIPSON | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | Case No. 4:11CV268 |
| | § | |
| GRAYSON COUNTY | § | |
| HUMAN RESOURCES | § | |
| | § | |
| Defendant. | § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On October 20, 2011, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Defendant's Special Appearance and Motion to Dismiss (Dkt. 7) be GRANTED and that this case be dismissed with prejudice.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed,[1] this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Defendant's Special Appearance and Motion to Dismiss (Dkt. 7) is

---

[1] The court notes that Plaintiff's deadline to file objections was extended to January 10, 2012. *See* Dkt. 23.

1

GRANTED and this case shall be dismissed with prejudice.

**IT IS SO ORDERED.**

**SIGNED this the 29th day of March, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE